| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **TRS Restaurant Holdings, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | **DBA  Sturges at Ellie Ray's** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-5379662** |

| 4. | Debtor's address | **Principal place of business**  **3349 Northwest 110th Street**  **Branford, FL 32008**  Number, Street, City, State & ZIP Code  **Gilchrist**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | **https://www.ellieraysrvresortandbar.com/** |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |
|---|---|---|

Debtor   **TRS Restaurant Holdings, LLC**          Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __7224__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **TRS Restaurant Holdings, LLC**  Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | **See Attachment** | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

| Debtor | **TRS Restaurant Holdings, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **TRS Restaurant Holdings, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| Debtor | TRS Restaurant Holdings, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 25, 2025**
MM / DD / YYYY

**X** **/s/ Thomas R. Sturgeon**              **Thomas R. Sturgeon**
Signature of authorized representative of debtor          Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Bradley R. Markey**              Date   **April 25, 2025**
Signature of attorney for debtor                MM / DD / YYYY

**Bradley R. Markey**
Printed name

**Thames | Markey**
Firm name

**50 North Laura Street**
**Suite 1600**
**Jacksonville, FL 32202**
Number, Street, City, State & ZIP Code

Contact phone   **904-358-4000**    Email address   **brm@thamesmarkey.law**

**0984213 FL**
Bar number and State

| Official Form 201 | **Voluntary Petition for Non-Individuals Filing for Bankruptcy** | page 5 |
|---|---|---|

Debtor  **TRS Restaurant Holdings, LLC**  Case number (*if known*) _____
       Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Santa Fe Marina LLC** | | | Relationship to you | |
| District | **Northern District of Florida** | When | **4/25/25** | Case number, if known | |
| Debtor | **TRS Holdings LLC** | | | Relationship to you | |
| District | **Northern District of Florida** | When | **4/25/25** | Case number, if known | **25-10096-KKS** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TRS Restaurant Holdings, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **FL Dept. of Revenue**<br>**5050 W. Tennessee St.**<br>**Tallahassee, FL 32399** | | **Sales and Use Tax/Reemployment Tax** | | | | $651.78 |
| **Gilchrist Title Services**<br>**Attn: Douglas McKoy**<br>**302 N. Main Street**<br>**Trenton, FL 32693** | | **Attorney Fees** | | | | $4,500.00 |
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | **941 Taxes** | | | | $8,000.00 |
| **Sea Breeze Food Service**<br>**3807 Edgewood Drive**<br>**Jacksonville, FL 32254** | | **Food Supplied** | | | | $768.69 |

TRS Restaurant Holdings, LLC  
3349 Northwest 110th Street  
Branford, FL 32008

FL Dept. of Revenue  
14107 NW US Hwy 441, Ste 100  
Alachua, FL 32615

Thomas R. Sturgeon  
3349 Northwest 110th Street  
Branford, FL 32008

Bradley R. Markey  
Thames | Markey  
50 North Laura Street  
Suite 1600  
Jacksonville, FL 32202

Gilchrist Title Services  
Attn: Douglas McKoy  
302 N. Main Street  
Trenton, FL 32693

TRS Holdings LLC  
3349 Northwest 110th Street  
Branford, FL 32008

BreakThru Beverage Florida  
6031 Madison Avenue  
Tampa, FL 33619

Internal Revenue Service  
P.O. Box 7346  
Philadelphia, PA 19101-7346

CNP XXVI Ventures LLC  
290 NW 165 Street  
Suite M600  
Miami, FL 33169

Itria Ventures, LLC  
c/o Corporation Service Company  
P.O. Box 2576  
Springfield, IL 62708

Coca-Cola Beverages Florida LLC  
P.O. Box 740909  
Atlanta, GA 30374

North Florida Sales  
467 SW Ring Court  
Jacksonville, FL 32224

Cone Distributing, Inc.  
1551 NW 44th Avenue  
Ocala, FL 34482

Republic National Distribution Co.  
9423 North Main Street  
Jacksonville, FL 32218

CRL Law Group  
2655 S. Le Jeunne Road  
Suite 804  
Miami, FL 33134

Santa Fe Marina LLC  
3349 Northwest 110th Street  
Branford, FL 32008

Direct TV for Business  
P.O. Box 5006  
Carol Stream, IL 60197

Sea Breeze Food Service  
3807 Edgewood Drive  
Jacksonville, FL 32254

FL Dept. of Revenue  
5050 W. Tennessee St.  
Tallahassee, FL 32399

Southern Glazer's of Florida  
4440 Old Tampa Highway  
Lakeland, FL 33811

# United States Bankruptcy Court
**Northern District of Florida**

In re  **TRS Restaurant Holdings, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **TRS Restaurant Holdings, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 25, 2025**  
Date

**/s/ Bradley R. Markey**  
**Bradley R. Markey**  
Signature of Attorney or Litigant  
Counsel for **TRS Restaurant Holdings, LLC**  
**Thames | Markey**  
**50 North Laura Street**  
**Suite 1600**  
**Jacksonville, FL 32202**  
**904-358-4000 Fax:904-358-4001**  
**brm@thamesmarkey.law**